UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60329-CIV-ZLOCH

DAN SHASHATY,

    Plaintiff,

vs.                              **O R D E R**

AMERICAN EXPRESS,

    Defendant.
_____/

THIS MATTER is before the Court upon certified federal mediator Karen Evans's Motion To Enter Order Scheduling Mediation (DE 10). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

By prior Order (DE 5), the Court entered an Order Of Referral To Mediation. Said Order set out the following terms and procedures that must be followed:

> That Counsel for the Plaintiff, or another attorney agreed upon by all counsel of record and any unrepresented Parties, shall be responsible for scheduling the mediation conference. The parties are encouraged to avail themselves of the services of any mediator on the list of Certified Mediators, maintained in the office of the Clerk of this Court, but they may also select any other mediator of their choosing. <u>The Parties shall agree upon a mediator within fifteen (15) days from the date hereof, and file a Notice of Selection with the Clerk reflecting the same, within (5) days of said selection. If there is no agreement, Counsel for the Plaintiff shall promptly notify the Clerk in writing and the Clerk shall designate a mediator from the list of Certified Mediators</u>, which designation shall be made on a blind rotation basis;

DE 5, ¶ 2. (emphasis added) The Order requires the Parties to agree on a mediator and the time and location for mediation. <u>Id.</u>,

¶ 3.  Further, the Order provides that sanctions are warranted if a Party fails to attend.  Id., ¶ 11.  There is no need for the Court to enter a separate order scheduling mediation because it is incumbent upon the Parties to agree on all scheduling matters and simply file a notice with the Court as required by the Order Of Referral To Mediation.  Id., ¶ 3.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that certified federal mediator Karen Evans's Motion To Enter Order Scheduling Mediation (DE 10) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    8th    day of May, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Karen Evans, Esquire
Certified Federal Mediator